IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MITZY DAWN FLEMING, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:10-cv-01166 <br> ) Judge Nixon <br> ) Magistrate Judge Bryant |
| MICHAEL J. ASTRUE, <br> Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Mitzy Dawn Fleming's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 14), filed along with a brief in support (Doc. No. 14-1). Defendant Commissioner of Social Security filed a Response (Doc. No. 15), to which Plaintiff filed a Reply (Doc. No. 16). Subsequently, Magistrate Judge Bryant issued a Report and Recommendation ("Report"), recommending that the Motion be denied. (Doc. No. 17.) The Report was filed on October 5, 2012, and it provided a period of fourteen days in which either party could file an objection. (*Id.* at 23.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 31st day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT